IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARRELL HORRY, | \* |
| Plaintiff, | \* |
| v. | Case No. 5:23-cv-00131-TES-CHW |
| UNITED STATES OF AMERICA, et al., | \* |
| Defendant. | \* |

## J U D G M E N T

Pursuant to this Court's Order dated May 23, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of May, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk